FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**June 26, 2023**

Christopher M. Wolpert
Clerk of Court

---

ALBERT DEWAYNE BANKS,

   Plaintiff - Appellant,

v.

SPRINT/NEXTEL WIRELESS TELEPHONE COMPANY; VIRGIN MOBILE USA/SPRINT PCS,

   Defendants - Appellees.

No. 23-3097
(D.C. No. 5:15-CV-03093-HLT)
(D. Kan.)

---

## ORDER

---

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk